**SEALED**

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

NOV 1 5 2023

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br>v.<br><br>HEATH LLOYD TAYLOR a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion,<br>AARON GUY KEY,<br>MALLORY NICOLE LAIRD,<br>CODY WADE REECE,<br>TERRI ANGELA STROUD,<br>KANDI ANNE HANKINS,<br>TRAVIS AUSTIN POWERS,<br>HEATHER LEIGH BROWN,<br>TRACIE ANN SELLS,<br>JEREMY PAUL NEWMAN,<br>STEPHEN DUANE EMBREY,<br>WHITNEY MARIE GRANITE a/k/a Whitney Marie Jeffrey, a/k/a Whitney Granite Jeffrey, and<br>RANDI SHAWN GANN,<br><br>       *Defendants*. | **SEALED**<br><br>Case No. **CR 23-203 RAW** |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### DRUG CONSPIRACY
[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)]

Beginning in or about August, 2022, the exact date being unknown to the Grand Jury, and continuing until on or about the date of this Indictment, in the Eastern District of Oklahoma and elsewhere, **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion, AARON GUY KEY, MALLORY NICOLE LAIRD, CODY WADE REECE,**

**TERRI ANGELA STROUD, KANDI ANNE HANKINS, TRAVIS AUSTIN POWERS, HEATHER LEIGH BROWN, TRACIE ANN SELLS, JEREMY PAUL NEWMAN, STEPHEN DUANE EMBREY, WHITNEY MARIE GRANITE, a/k/a Whitney Marie Jeffrey, a/k/a Whitney Granite Jeffrey, and RANDI SHAWN GANN**, defendants herein, did willfully and knowingly combine, conspire, confederate, and agree together, and with others known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A) as follows:

## OBJECTS OF THE CONSPIRACY

1.  To knowingly and intentionally distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

2.  To knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

3.  To knowingly and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

4.  To knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## MANNER AND MEANS OF THE CONSPIRACY

In order to accomplish the objects of the conspiracy, the defendants and other persons known and unknown to the Grand Jury:

1. Distributed methamphetamine and fentanyl to other individuals both known and unknown to the Grand Jury.

2. Possessed with the intent to distribute methamphetamine and fentanyl to other individuals both known and unknown to the Grand Jury.

3. Acquired quantities of methamphetamine and fentanyl from their various sources of supply.

4. Arranged for the transport of quantities of methamphetamine and fentanyl from California and other places, to the Eastern District of Oklahoma and elsewhere.

5. Maintained locations and residences in Leflore County, Oklahoma, where methamphetamine was brought to be divided among conspirators for distribution within the Eastern District of Oklahoma and elsewhere.

6. Collected, stored, and transported sums of United States currency derived from the sale of methamphetamine and fentanyl.

7. Acquired certain assets, including houses, guns, and vehicles, to facilitate the distribution of methamphetamine and fentanyl.

8. Used certain automobiles to further their narcotics conspiracy by traveling to California and elsewhere, in order to facilitate the acquisition and distribution of methamphetamine.

9. Used cellular telephones to communicate with co-conspirators both known and unknown to the Grand Jury and with customers to whom they distributed methamphetamine and fentanyl.

10. It was part of the conspiracy and understood that individual conspirators would contact their own sources, cultivate their own customers, and otherwise act independently when they desired, but although there were disagreements, the conspirators, with the knowledge and support of each other's unlawful methamphetamine and fentanyl distribution activities, at some time during the course of the conspiracy, knowingly and intentionally agreed and acted together jointly with other conspirators to advance the common overall goal of buying, selling, and otherwise possessing with intent to distribute and distributing methamphetamine and fentanyl.

## OVERT ACTS

In furtherance of the conspiracy and to effect and accomplish its objectives, the Defendants, and others known and unknown to the Grand Jury, committed the following overt acts, among others, in the Eastern District of Oklahoma and elsewhere:

1. On or about August 16, 2022, **MALLORY NICOLE LAIRD** rented Room 228 at the Surestay Plus Motel in Poteau, Oklahoma, for the purpose of storing controlled substances and cash proceeds from the sale of controlled substances, and distributing controlled substances, on behalf of **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion**.

2. On or about August 21, 2022, Co-Conspirator Number 1 rented Room 114 at the Prime Inn and Suites in Poteau, Oklahoma, for the purpose of storing controlled substances and cash proceeds from the sale of controlled substance, and distributing controlled substances, on

behalf of **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion**.

3. On or about August 22, 2022, **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** directed **MALLORY NICOLE LAIRD** and Co-Conspirator Number 2 to go to the Prime Inn and Suites to check on the occupants of Room 114.

4. On or about August 22, 2022, **MALLORY NICOLE LAIRD** possessed with the intent to distribute fentanyl and $1,843 in controlled substance proceeds.

5. On or about August 22, 2022, **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** directed an unknown person or persons to go to Room 228 of the Surestay Plus Motel and remove controlled substances prior to law enforcement's consensual search of the room.

6. In or around August and September 2022, **CODY WADE REECE** delivered fentanyl on behalf of **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion**.

7. On or about September 10, 2022, **CODY WADE REECE** possessed with the intent to distribute fentanyl.

8. In or around September or October 2022, **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** directed Co-Conspirator Number 3 to rent or purchase a residence at 300 S. Cherry Avenue in Spiro, Oklahoma, in Co-Conspirator Number 3's name, for the purpose of storing firearms, controlled substances, and the proceeds of controlled substance sales.

9. In or around September 2022, **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** directed Unindicted Co-Conspirator Number 3 to purchase a red Nissan 370z for him.

10. In or around September or October 2022, **TERRI ANGELA STROUD** purchased a safe for the residence at 300 S. Cherry Avenue in Spiro, Oklahoma, for the purpose of storing firearms, controlled substances, and the proceeds of controlled substance sales for **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion**.

11. Between September 2022 and December 2022, **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** instructed Unindicted Co-Conspirator Number 3 to provide access to the safe inside the residence at 300 S. Cherry Avenue in Spiro, Oklahoma, to others known and unknown to the Grand Jury.

12. On or about December 8, 2022, Unindicted Co-Conspirator Number 3, at **HEATH LLOYD TAYLOR's, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** direction, possessed with the intent to distribute 4,176 grams of methamphetamine (actual) and six firearms inside the residence at 300 S. Cherry Avenue in Spiro, Oklahoma.

13. On or about December 8, 2022, **TERRI ANGELA STROUD** possessed $21,860, which was proceeds of the sale of controlled substances and which belonged to **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion**.

14. On or about February 6, 2023, **KANDI ANNE HANKINS**, at **HEATH LLOYD TAYLOR's, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** direction, drove to Southern California to sell his red Nissan 370z and pick up methamphetamine to bring back to the Eastern District of Oklahoma.

15. On or about February 8, 2023, **KANDI ANNE HANKINS**, at **HEATH LLOYD TAYLOR's, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** direction, rented a U-Haul van for the return trip to Oklahoma.

16. On or about February 8, 2023, **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** sent **TRAVIS AUSTIN POWERS** $150 via CashApp.

17. On or about February 11, 2023, **TRAVIS AUSTIN POWERS** sent **KANDI ANNE HANKINS** $2,500 via CashApp.

18. On or about February 11, 2023, **KANDI ANNE HANKINS** sent **TRAVIS AUSTIN POWERS** $1,900, in two transactions, via CashApp.

19. On or about February 15, 2023, **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** and **TRAVIS AUSTIN POWERS** used their cellular telephones to discuss obtaining of a quantity methamphetamine in Southern California.

20. On or about February 16, 2023, **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** and **TRAVIS AUSTIN POWERS** used their cellular telephones to discuss obtaining a quantity of methamphetamine in Southern California.

21. On or about February 17, 2023, **KANDI ANNE HANKINS** and **TRAVIS AUSTIN POWERS** possessed with the intent to distribute 9.04 kilograms of methamphetamine (actual).

22. In or around October 2022, **AARON GUY KEY** and **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** instructed **HEATHER LEIGH BROWN** to travel to Sallisaw, Oklahoma and meet with **TRACIE ANN SELLS** to purchase methamphetamine or fentanyl and/or pick up controlled substance proceeds.

23. Between October 2022 and June 2023, **HEATHER LEIGH BROWN** purchased methamphetamine or fentanyl and/or picked up controlled substance proceeds from **TRACIE ANN SELLS** at **HEATH LLOYD TAYLOR's, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion** direction.

24. On or about June 9, 2023, **HEATHER LEIGH BROWN** possessed with the intent to distribute methamphetamine and fentanyl.

25. On or about June 20, 2023, **AARON GUY KEY, HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion, TRACIE ANN SELLS,** and **JEREMY PAUL NEWMAN** used cellular phones and telephones to discuss the purchase of a quantity of fentanyl.

26. On or about June 21, 2023, **JEREMY PAUL NEWMAN** and **STEPHEN DUANE EMBREY** traveled to **TRACIE ANN SELLS'** residence in Sallisaw, Oklahoma, to pick up money to purchase fentanyl.

27. On or about June 21, 2023, at the direction of **AARON GUY KEY** and **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion, JEREMY PAUL NEWMAN** and **STEPHEN DUANE EMBREY** traveled to Oklahoma City to purchase fentanyl.

28. On or about June 21, 2023, **JEREMY PAUL NEWMAN** and **STEPHEN DUANE EMBREY** possessed with the intent to distribute fentanyl.

29. Between in or around January 2023 and July 2023, **WHITNEY MARIE GRANITE, a/k/a Whitney Marie Jeffrey, a/k/a Whitney Granite Jeffrey** held methamphetamine at her residence for **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion.**

30. On or about July 11, 2023, **TRACIE ANN SELLS** delivered fentanyl to **WHITNEY MARIE GRANITE, a/k/a Whitney Marie Jeffrey a/k/a Whitney Granite Jeffrey** at **WHITNEY MARIE GRANITE's, a/k/a Whitney Marie Jeffrey, a/k/a Whitney Granite Jeffrey**, at the direction of **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion**.

31. On or about July 12, 2023, **WHITNEY MARIE GRANITE, a/k/a Whitney Marie Jeffrey, a/k/a Whitney Granite Jeffrey** possessed with the intent to distribute fentanyl.

32. On or about October 12, 2023, **RANDI SHAWN GANN, HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion**, and **TERRI ANGELA STROUD** used cellular phones and telephones to arrange for **RANDI SHAWN GANN** to obtain methamphetamine from **TERRI ANGELA STROUD**.

33. On or about October 12, 2023, **RANDI SHAWN GANN** travelled to **TERRI ANGELA STROUD's** residence to obtain methamphetamine, at the direction of **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion**.

34. On or about October 12, 2023, **RANDI SHAWN GANN** possessed with intent to distribute methamphetamine.

35. On or about October 12, 2023, while **RANDI SHAWN GANN** was engaged in the traffic stop in which she was found in possession of methamphetamine, **TERRI ANGELA STROUD** drove by the traffic stop, while on the phone with **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion**, and reported about what was happening during the traffic stop.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

**POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]**

On or about August 22, 2022, in the Eastern District of Oklahoma, the defendant, **MALLORY NICOLE LAIRD,** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

**POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]**

On or about September 10, 2022, in the Eastern District of Oklahoma, the defendant, **CODY WADE REECE,** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

**POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]**

On or about June 9, 2023, in the Eastern District of Oklahoma, the defendant, **HEATHER LEIGH BROWN,** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C).

## COUNT FIVE

### POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

On or about June 9, 2023, in the Eastern District of Oklahoma, the defendant, **HEATHER LEIGH BROWN,** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

### POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B), & 18 U.S.C. § 2]

On or about June 21, 2023, in the Eastern District of Oklahoma, the defendants, **JEREMY PAUL NEWMAN AND STEPHEN DUANE EMBREY,** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT SEVEN

### POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about July 12, 2023, in the Eastern District of Oklahoma, the defendant, **WHITNEY MARIE GRANITE, a/k/a Whitney Marie Jeffrey, a/k/a Whitney Granite Jeffrey,** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N[1-(2-phenylethyl)-4-

piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT EIGHT

### FELON IN POSSESSION OF A FIREARM
### [18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

On or about July 12, 2023, in the Eastern District of Oklahoma, the defendant, **WHITNEY MARIE GRANITE, a/k/a Whitney Marie Jeffrey, a/k/a Whitney Granite Jeffrey,** having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, the following firearm, to wit:

- One (1) Glock, Inc., Model 42, .380ACP caliber, semi-automatic pistol, serial number ABCZ466;

- One (1) New England Firearms, Model Pardner-SB, 12 gauge caliber, break open shotgun, serial number NG416388;

- One (1) Taurus Armas (Taurus), Model G2C, 9mm Luger caliber, semi-automatic pistol, serial number TMD24093;

- One (1) Amadeo and Rossi, CIA (Rossi), unknown model, .22 caliber, revolver, serial number 79537;

- One (1) SCCY, Model CPS-1, 9mm Luger caliber, semi-automatic pistol, serial number C151516;

- One (1) Ruger, Model Mark IV 22/45, .22 caliber, semi-automatic pistol, serial number 500377927;

- One (1) SCCY, Model CPS-2, 9mm Luger caliber, semi-automatic pistol, serial number C231350; and

- One (1) RTS, Model 1965, .22 caliber, revolver, serial number 12492, which is a starter pistol;

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT NINE

### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about October 12, 2023, in the Eastern District of Oklahoma, the defendant, **RANDI SHAWN GANN,** did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d), 21 U.S.C. § 853, & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Nine of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One through Nine of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) and Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C), the defendants, **HEATH LLOYD TAYLOR, a/k/a Taylor Made, a/k/a HT Made, a/k/a TMade Champion, AARON GUY KEY, MALLORY NICOLE LAIRD, CODY WADE REECE, TERRI ANGELA STROUD, KANDI ANNE HANKINS, TRAVIS AUSTIN POWERS, HEATHER LEIGH BROWN, TRACIE ANN SELLS, JEREMY PAUL NEWMAN, STEPHEN DUANE EMBREY, WHITNEY MARIE GRANITE, a/k/a Whitney Marie Jeffrey, a/k/a Whitney Granite Jeffrey,** and **RANDI SHAWN GANN,** shall forfeit to the United

States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and 28 U.S.C. Section 2461(c), any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, and all firearms and ammunition involved in the commission of the offenses, including but not limited to:

- $32,800.00 in United States currency seized from Room 114 at the Prime Inn & Suites in Poteau, Oklahoma on August 22, 2022;

- One (1) 2014 Maserati Ghibli with VIN ZAM57RTA5E1085621;

- $1,843.00 in United States currency seized from **MALLORY NICOLE LAIRD** on August 22, 2022;

- $6,400.00 in United States currency seized from Room 228 at the Surestay Plus Motel in Poteau, Oklahoma, on August 22, 2022;

- One (1) Glock, Inc., Model 42, .380ACP caliber, semi-automatic pistol, serial number ABCZ466;

- Approximately six (6) rounds of assorted .380ACP caliber ammunition, to include one round of CCI branded ammunition and five rounds of CBC branded ammunition;

- One (1) New England Firearms, Model Pardner-SB, 12 gauge caliber, break open shotgun, serial number NG416388;

- Approximately one (1) round of 12 gauge caliber ammunition, manufacturer not legible, marked 12G Made in USA on the head of the shotgun shell;

- One (1) Taurus Armas (Taurus), Model G2C, 9mm Luger caliber, semi-automatic pistol, serial number TMD24093;

- Approximately twelve (12) rounds of assorted brand 9mm Luger caliber ammunition, to include six (6) rounds of Remington branded ammunition and six (6) rounds of Winchester branded ammunition;

- One (1) Amadeo and Rossi, CIA (Rossi), unknown model, .22 caliber, revolver, serial number 79537;

- Approximately four (4) rounds of Aguila branded .22 caliber ammunition and three (3) branded .22 caliber cartridge cases;

- One (1) SCCY, Model CPS-1, 9mm Luger caliber, semi-automatic pistol, serial number C151516;

- One (1) Ruger, Model Mark IV 22/45, .22 caliber, semi-automatic pistol, serial number 500377927;

- Approximately Twenty-four (24) rounds of assorted .22 caliber ammunition, to include two (2) Remington branded rounds;
- One (1) SCCY, Model CPS-2, 9mm Luger caliber, semi-automatic pistol, serial number C231350; and

- One (1) RTS, Model 1965, .22 caliber, revolver, serial number 12492, which is a starter pistol.

## MONEY JUDGMENT

An asset forfeiture money judgment in the amount of proceeds obtained by the conspiracy and by the defendants.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

_____
ERIN CORNELL, CA BAR # 227135
RYAN BONDURA, SC BAR # 104079
Assistant United States Attorneys

15